# Schlacter & Associates

*Attorneys at Law*

**450 Seventh Avenue**

**New York, NY 10123**

Telephone (212) 695-2000
Telecopier (212) 629-5825

NEW JERSEY OFFICE

TWO UNIVERSITY PLAZA
HACKENSACK, NJ 07601
TEL: (201) 342-0999
FAX: (201) 487-1301

May 22, 2008

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: Cameron Industries, Inc. v. Swat.Fame, Inc.
> Case No. 08 Civ. 3778

Dear Judge Berman:

Our firm represents the plaintiff in this matter. This letter is submitted to request an adjournment, on consent, of the initial pre-trial conference scheduled for May 27, 2008.

The defendant's principal offices are located in California, and defendant has recently retained counsel to review this matter. Counsel has requested until June 23, 2008 to serve and file their responsive pleading, to which I consent, with the Court's permission. We intend to file a Stipulation to that effect next week.

Subsequent to that date, we shall prepare the Case Management Plan for presentation to the Court at the conference. As a result, it is requested that the initial pre-trial conference be re-scheduled for the week of July 7, 2008 (all days <u>except for</u> July 7th). As noted, counsel for both parties can be available, subject to the Court's availability.

Thank you for your consideration and courtesies.

Respectfully,

*[signature]*

JED R. SCHLACTER

**MEMO ENDORSED**

Application granted. Conference adjourned to 6/25 at 9:00 a.m.

JRS/srj

cc: Dylan Ruga, Esq.
    Steptoe & Johnson LLP – By Fax 310 734-3229

SO ORDERED:
Date: 5/23/08  *[signed]* Richard M. Berman
Richard M. Berman, U.S.D.J.

5/23/08