UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMERON INDUSTRIES, INC., <br><br> Plaintiff, <br><br> - against - <br><br> SWAT.FAME, INC. a/k/a SWAT INC., <br><br> Defendant. | 08 CV 3778 (RMB) (RLE) <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Christopher J. Marino, Esq. of Steptoe & Johnson LLP, 750 Seventh Avenue, New York, New York 10019, hereby enters appearance, as counsel for Defendant Swat.fame, Inc. *a/k/a* Swat Inc. in the above-entitled matter.

Dated: New York, New York
June 17, 2008

STEPTOE & JOHNSON LLP

By: s/ Christopher J. Marino
Christopher J. Marino
750 Seventh Avenue, Suite 1900
New York, New York 10019
Telephone:  212-506-3900
Facsimile:  212-506-3950
Email: cmarino@steptoe.com

*Of Counsel:*
Michael R. Heimbold
Dylan Ruga
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
(310) 734-3200

*Attorneys for Defendant*
  *Swat.Fame, Inc. a/k/a Swat Inc.*

Doc. #14563 v.1

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served upon the parties listed below by ECF and regular mail on June 17, 2008, a true and correct copy of the annexed Notice of Appearance of Christopher J. Marino.

/s Kimberlyn Brzozowski

Jed R. Schlacter, Esq.
Schlacter & Associates
450 Seventh Avenue
New York, NY 10123
Jed10123@aol.com

*Attorney for Plaintiff*

Doc. #14563 v.1