Michael C. Miller
Evan Glassman
Christopher J. Marino
STEPTOE & JOHNSON LLP
750 Seventh Avenue, Suite 1900
New York, New York 10019
Telephone:   (212) 506-3900

*Of Counsel:*

Michael R. Heimbold (*pro hac vice* application pending)
Dylan Ruga (*pro hac vice* application pending)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Telephone:   (310) 734-3200

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAMERON INDUSTRIES, INC., | : | |
| Plaintiff, | : | |
| | : | 08 CV 3778 (RMB) (RLE) |
| vs. | : | |
| | : | **Fed. R. Civ. P. 7.1** |
| SWAT.FAME, INC., a/k/a SWAT INC., | : | **Disclosure Statement** |
| Defendant. | : | |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Swat.Fame, Inc. ("SFI"), a nongovernmental corporate party in the above-referenced matter, through its attorneys, submit the following Corporate Disclosure Statement:  SFI has no parent corporation and there is no publicly held corporation that owns 10% or more of SFI's stock.

Doc. #14736 v.1

- 2 -

Dated: New York, New York
       June 23, 2008

STEPTOE & JOHNSON LLP

By:   /s Christopher J. Marino
      Michael C. Miller
      Evan Glassman
      Christopher J. Marino
      750 West 7th Avenue, Suite 1900
      New York, NY 10019
      (212) 506-3900

*Attorneys for Defendant
Swat.Fame, Inc.*

*Of Counsel:*
Michael R. Heimbold
  (*pro hac vice* application pending)
Dylan Ruga
  (*pro hac vice* application pending)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
(310) 734-3200

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served upon the parties listed below by electronic and Federal Express on June 23, 2008, a true and correct copy of the annexed **Fed. R. Civ. P. 7.1 Disclosure Statement**.

/s Kimberlyn Brzozowski

Jed R. Schlacter, Esq.
Schlacter & Associates
450 Seventh Avenue
New York, NY 10123
Jed10123@aol.com

*Attorney for Plaintiff*