UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| CAMERON INDUSTRIES, INC., | : | 08 Civ. 3778 (Berman) |
| Plaintiff, | : | ECF Case |
| -against- | : | CASE MANAGEMENT PLAN |
| SWAT.FAME, INC. a/k/a SWAT INC., | : | |
| Defendant. | : | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

------------------------------------------------------------------X

     The following Case Management Plan is entered, after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Initial Disclosure by July 11, 2008.

(ii)    Joinder of additional parties by August 15, 2008.

(iii)    Amend the pleadings by August 15, 2008.

(iv)    All fact discovery + Expert to be expeditiously completed by __11/24/08__

(v)    Defendant's expert report, if any, to be served by _____

(vi)    Plaintiff's rebuttal to expert's report to be served by _____

(vii)    Expert discovery to be completed by __11/24/08__

(viii)    Consent to proceed before Magistrate Judge: for discovery and settlement purposes only.

(ix)    Status of settlement discussions: none at present. *with principals on 12/1/08 @ 9:00 AM*

Sections x through xv will be set at conference with the Court.

(x)    Motions _____

(xi)    Oral Argument _____

(xii)    Joint Pre-Trial Order to be submitted by _____

-1-

Forms-Case management plan-Berman

-2-

(xiii)   Final Pre-Trial Conference _____

(xiv)    Trial _____

(xv)     Other - Refer Pre trial issues of discovery + settlement to Magistrate Judge Ellis
         - PL to produce proof of assignment ASAP

SO ORDERED.

Dated: New York, New York
       June 25, 2008

                                                  RMB
                                          _____
                                          Hon. Richard M. Berman, U.S.D.J.