IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMERON INDUSTRIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SWAT.FAME, INC. a/k/a SWAT INC., <br><br> Defendant. | Civil Action No. 08 Civ. 3778 (RMB)(RLE) <br><br> **NOTICE OF MOTION TO ADMIT MICHAEL R. HEIMBOLD, ESQ. <u>PRO HAC VICE</u>** |

PLEASE TAKE NOTICE that, upon the annexed affidavit of Evan Glassman in support of this motion and the Certificate of Good Standing annexed thereto, Defendant Swat.Fame, Inc. ("Defendant") will move this Court, at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of Michael R. Heimbold, Esq., a member of the firm of STEPTOE & JOHNSON LLP, as attorney *pro hac vice* for Defendant in this matter.

Respectfully submitted,

Dated: New York, New York
June 20, 2008

STEPTOE & JOHNSON LLP

By: _____
Michael C. Miller
Evan Glassman
Christopher J. Marino
750 Seventh Avenue, Suite 1900
New York, NY 10019
(212) 506-3900

*Attorneys for Defendant
Swat.Fame, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMERON INDUSTRIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SWAT.FAME, INC. a/k/a SWAT INC., <br><br> Defendant. | Civil Action No. 08 Civ. 3778 (RMB)(RLE) <br><br> AFFIDAVIT IN SUPPORT <br> OF MOTION TO ADMIT <br> MICHAEL R. HEIMBOLD, ESQ. <br> PRO HAC VICE |

EVAN GLASSMAN states as follows:

1. I am a member of the Bar of this Court and of the firm of Steptoe & Johnson LLP. I make this affidavit in support of Defendant Swat.Fame, Inc.'s ("Defendant") motion for the admission of Michael R. Heimbold, Esq. to practice *pro hac vice* as counsel for Defendant in the above-captioned case.

2. Mr. Heimbold is a member of the firm of Steptoe & Johnson LLP, resident in our Century City, California, office. Mr. Heimbold is a member in good standing of the Bar of the State of California. (A certified copy of Mr. Heimbold's certificate of good standing in the Bar of the State of California is annexed hereto as Exhibit A.) Mr. Heinbold has advised me that he is familiar with the Federal Rules of Civil Procedure and with the Local Rules of this Court.

3. In addition, I have worked with Mr. Heimbold and I can personally attest that he is competent and of good character.

4. There are no pending disciplinary proceedings against Mr. Heimbold in any State or Federal Court.

5. Wherefore, I respectfully request that Michael R. Heimbold, Esq., be admitted to practice *pro hac vice* as counsel for Defendant in the above-captioned case.

6. Pursuant to 28 U.S.C.A. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: June 20, 2008
New York, New York

Respectfully submitted,

Evan Glassman
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, New York 10019
(212) 506-3900

*Attorneys for Defendant*
*Swat.Fame, Inc.*

Sworn to before me this
20th day of June 2008.

_____
Notary Public

LENOR ...
NOTARY PUBLIC ... York
No. 02...
Qualified ... County
Comm... ...y 31, 2010

# EXHIBIT A

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

June 11, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL RICHARD HEIMBOLD, #173981 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 1994; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Director of Administration

## CERTIFICATE OF SERVICE

I do hereby certify that on this 20th day of June 2008, I served a copy of the foregoing **Notice of Motion to Admit Michael R. Heimbold, Esq.,** *Pro Hac Vice,* **supporting Affidavit and [Proposed] Order** on Jed R. Schlachter, Esq., counsel for Plaintiff in the above-captioned matter via electronic mail and Federal Express.

*Kimberly Brzozowski*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMERON INDUSTRIES, INC., | |
| Plaintiff, | |
| vs. | Civil Action No. 08 Civ. 3778 (RMB)(RLE) |
| SWAT.FAME, INC. a/k/a SWAT INC., | [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE |
| Defendant. | |

The motion for admission *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Michael R. Heimbold, Esq., is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 per attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated:   New York, New York
         _____ ___, 2008

S O  O R D E R E D:

_____
Hon. Richard M. Berman, U.S.D.J.