IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMERON INDUSTRIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SWAT.FAME, INC. a/k/a SWAT INC., <br><br> Defendant. | Civil Action No. 08 Civ. 3778 (RMB)(RLE) <br><br> **NOTICE OF MOTION TO ADMIT DYLAN RUGA, ESQ. <u>PRO HAC VICE</u>** |

PLEASE TAKE NOTICE that, upon the annexed affidavit of Evan Glassman in support of this motion and the Certificate of Good Standing annexed thereto, Defendant Swat.Fame, Inc. ("Defendant") will move this Court, at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of Dylan Ruga, Esq., an associate of the firm of STEPTOE & JOHNSON LLP, as attorney *pro hac vice* for Defendant in this matter.

Dated: New York, New York
      June 20, 2008

Respectfully submitted,

STEPTOE & JOHNSON LLP

By: _____
Michael C. Miller
Evan Glassman
Christopher J. Marino
750 Seventh Avenue, Suite 1900
New York, NY 10019
(212) 506-3900

*Attorneys for Defendant*
*Swat.Fame, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CAMERON INDUSTRIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SWAT.FAME, INC. a/k/a SWAT INC., <br><br> Defendant. | Civil Action No. 08 Civ. 3778 (RMB)(RLE) <br><br> AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT DYLAN RUGA, ESQ. <u>PRO HAC VICE</u> |

EVAN GLASSMAN states as follows:

1. I am a member of the Bar of this Court and of the firm of Steptoe & Johnson LLP. I make this affidavit in support of Defendant Swat.Fame, Inc.'s ("Defendant") motion for the admission of Dylan Ruga, Esq. to practice *pro hac vice* as counsel for Defendant in the above-captioned case.

2. Mr. Ruga is associated with the firm of Steptoe & Johnson LLP, resident in our Century City, California, office. Mr. Ruga is a member in good standing of the Bar of the State of California. (A certified copy of Mr. Ruga's certificate of good standing in the Bar of the State of California is annexed hereto as Exhibit A.) Mr. Ruga has advised me that he is familiar with the Federal Rules of Civil Procedure and with the Local Rules of this Court.

3. In addition, I have worked with Mr. Ruga and I can personally attest that he is competent and of good character.

4. There are no pending disciplinary proceedings against Mr. Ruga in any State or Federal Court.

5. Wherefore, I respectfully request that Dylan Ruga, Esq., be admitted to practice *pro hac vice* as counsel for Defendants in the above-captioned case.

6. Pursuant to 28 U.S.C.A. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed:  June 20, 2008
              New York, New York

Respectfully submitted,

_____
Evan Glassman
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, New York  10019
(212) 506-3900

*Attorneys for Defendant*
*Swat.Fame, Inc.*

Sworn to before me this
20th day of June 2008.

_____
Notary Public

LENOR C. MARQUIS
NOTARY PUBLIC, State of New York
No. 02MA61...
Qualified in New York County
Commission Expires ..., 2010

# EXHIBIT A

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

June 11, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DYLAN RUGA, #235969 was admitted to the practice of law in this state by the Supreme Court of California on April 14, 2005; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Director of Administration

## CERTIFICATE OF SERVICE

I do hereby certify that on this 20th day of June 2008, I served a copy of the foregoing **Notice of Motion to Admit Dylan Ruga, Esq.,** *Pro Hac Vice,* **supporting Affidavit and [Proposed] Order** on Jed R. Schlachter, Esq., counsel for Plaintiff in the above-captioned matter via electronic mail and Federal Express.

                                             _____
                                             Kimberlyn Brzozowski

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMERON INDUSTRIES, INC., | X : : : |
| Plaintiff, | : |
| vs. | : Civil Action No. 08 Civ. 3778 (RMB)(RLE) : |
| SWAT.FAME, INC. a/k/a SWAT INC., | : [PROPOSED] ORDER FOR : ADMISSION PRO HAC VICE |
| Defendant. | : : X |

The motion for admission *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Dylan Ruga, Esq., is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 per attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated:   New York, New York
         _____ ___, 2008

                                    S O  O R D E R E D:

                                    _____
                                    Hon. Richard M. Berman, U.S.D.J.